AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| **V.** | **DISTRICT** |
| CHARLES CAMP HULL | |

| DOCKET NUMBER || MAGISTRATE JUDGE CASE NUMBER ||
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-0624M | 08-mj-70692HRL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    X Complaint    ☐ Other (specify)

charging a violation of    18    **U.S.C. §** 751

# FILED

OCT 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DISTRICT OF OFFENSE**
Central California

**DESCRIPTION OF CHARGES:**

Escape

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
  Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10 14 08
Date

United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |